[Civil No. 516.]

THE COUNTY OF COCHISE, Appellant, v. THE BOARD OF SUPERVISORS OF COCHISE COUNTY, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. J. D. Bethune, Judge.

G. W. Swain, for Appellant.

Charles S. Clark, for Appellee.

January 18, 1896. Affirmed.

[Criminal No. 95.]

S. B. WISSINGER, Appellant, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Apache. John J. Hawkins, Judge.

J. F. Wilson, and Robert E. Morrison, for Appellant.

Thomas D. Satterwhite, Attorney-General, and T. G. Norris, for Appellee.

January 18, 1896. Affirmed.

[Civil No. 450.]

THE NORTHWESTERN NATIONAL BANK et al., Appellants, v. B. M. FREEMAN et al., Appellees.

APPEAL from the District Court of the Fourth Judicial District in and for the County of Coconino. John J. Hawkins, Judge.

Affirmed, 171 U. S. 620, 43 L. Ed. 307, 19 Sup. Ct. 36.

Herndon & Norris, and E. E. Ellinwood, for Appellants.

H. Z. Zuck, and C. E. & F. Herrington, for Appellees.

January 18, 1896. Affirmed.